

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| NOEL CASTILLO AND NORMA CASTILLO, | § | No. 08-22-00167-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Criminal Court No. 1 |
| v. | | |
| | § | of El Paso County, Texas |
| MARIA MARTINEZ, | | |
| | § | (TC# 2022-CCV00425) |
| Appellee. | | |
| | § | |
| | § | |
| | § | |

**O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued on January 5, 2023. In an order signed on January 31, 2023, the trial court has overruled the contest filed by the Appellee to Appellant's affidavit of indigency. The trial court further ordered the Appellant's indigent and unable to pay court costs associated with the appeal. The appeal is reinstated. Appellee's brief is now due March 11, 2023.

IT IS SO ORDERED this 9th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.

1